UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED

AUG 27 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**INDICTMENT NO.** 6:26-cr-104-CHB

**V.**

**MEGAN A. CALDWELL COMBS**

* * * * *

**THE GRAND JURY CHARGES:**

**COUNT 1**
**18 U.S.C. § 2252(a)(2)**

On or about November 26, 2024, in Perry County, in the Eastern District of Kentucky,

**MEGAN A. CALDWELL COMBS**

did knowingly receive a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

**COUNT 2**
**18 U.S.C. § 2252(a)(2)**

On or about May 10, 2025, in Perry County, in the Eastern District of Kentucky,

**MEGAN A. CALDWELL COMBS**

did knowingly distribute a visual depiction using any means and facility of interstate and foreign commerce, and that had been shipped and transported in interstate and foreign commerce, by any means including by computer, the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, in violation of 18 U.S.C. § 2252(a)(2).

**<u>COUNT 3</u>**
**18 U.S.C. § 2252(a)(4)(B)**

On or about April 6, 2026, in Perry County, in the Eastern District of Kentucky,

**MEGAN A. CALDWELL COMBS**

did knowingly possess one or more matters, that is, electronic storage media, which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate commerce, and which were produced using materials that had been mailed, shipped, and transported by any means, including by computer, the production of which involved a prepubescent minor or a minor who had not attained 12 years of age engaged in sexually explicit conduct, and which visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**JUSTIN E. BLANKENSHIP**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

| | |
|---|---|
| **COUNTS 1 & 2:** | Not less than 5 years and not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life. |
| **COUNT 3:** | Not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life. |

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.